**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6158**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TANYA VALENCIA MACK,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:08-cr-00348-JKB-2)

Submitted:  June 18, 2020                                     Decided:  June 23, 2020

Before FLOYD, THACKER, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tanya Valencia Mack, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tanya Valencia Mack appeals the district court's order denying her motion, filed pursuant to the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, for a reduction in her 240-month sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Mack*, No. 1:08-cr-00348-JKB-2 (D. Md. Jan. 17, 2020). We deny as moot Mack's motion to expedite our resolution of this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*